# NO. 12-13-00135-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *WHISPERING PINES LODGE I, LLP* | § | *APPEAL FROM THE* |
| *D/B/A WHISPERING PINES LODGE* | | |
| *AND WHISPERING PINES LODGE, LLC* | | |
| *D/B/A WHISPERING PINES LODGE,* | | |
| *APPELLANTS* | | |
| | § | *COUNTY COURT AT LAW #2* |
| *V.* | | |
| *SHARON MORRISON,* | | |
| *APPELLEE* | § | *GREGG COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellants have filed a motion to dismiss this appeal. Because Appellants have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted***, and the appeal is ***dismissed***.

Opinion delivered June 19, 2013.
*Panel consisted of Worthen, C.J., Griffith, J. and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### JUNE 19, 2013

### NO. 12-13-00135-CV

**WHISPERING PINES LODGE I, LLP D/B/A
WHISPERING PINES LODGE AND WHISPERING PINES LODGE, LLC
D/B/A WHISPERING PINES LODGE,**
Appellants
V.
**SHARON MORRISON**,
Appellee

Appeal from the County Court at Law #2
of Gregg County, Texas. (Tr.Ct.No. 2011-1549-CCL2)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*